# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CHRISTOPHER SEGUR,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

      Plaintiffs,

v.

FMS, INC.

      Defendant.

<u>NOTICE OF FILING</u>
<u>NOTICE OF REMOVAL</u>

Index No. 608346/2016

---

PLEASE TAKE NOTICE that Defendant, FMS, Inc. ("FMS"), has filed a Notice of Removal of this action with the United States District Court, Eastern District of New York. A copy of the notice is attached hereto as **Exhibit 1**.

The removal of this action was authorized by 28 U.S.C. § 1446. The state court is now precluded from conducting any further proceedings unless and until the action is remanded from the United States District Court, for the Eastern District of New York.

Dated: October 19, 2016

      Respectfully Submitted,

      /s/ Aaron R. Easley
      Aaron R. Easley, Esq.
      SESSIONS FISHMAN NATHAN & ISRAEL, LLC
      3 Cross Creek Drive
      Flemington, New Jersey 08822-4938
      Telephone: (908) 237-1660
      Facsimile: (908) 237-1663
      E-Mail: aeasley@sessions.legal
      *Attorney for Defendants,*
      *FMS, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
Telephone: (631) 335-1107
E-mail: mpash@verizon.net
*Attorney for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq.