UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 11 2017 ★

LONG ISLAND OFFICE

CHRISTOPHER SEGUR,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILIARLY SITUATED,

          Plaintiff,

v

FMS INC.,

          Defendant.

Civil Action, File No.
2:16-cv-05831-SJF-AKT

### STIPULATION OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action.

Dated:    May 9, 2017

/s/
———————————————
Mitchell L. Pashkin, Esq. (9016)
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

/s/ *Aaron R. Easley*
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Fax: (908) 237-1663
Email: aeasley@sessions-law.biz
*Attorneys for Defendant,*
*FMS, Inc.*

The Clerk of the Court shall close this case.

So Ordered.

5/11/17    s/ Sandra J. Feuerstein
———————————————
U.S.D.J.